IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:09-CR-184-JEC-3 |
| ANGEL LUIS AYALA, | |
| Defendant. | |

# **REPORT & RECOMMENDATION CONCERNING PLEA OF GUILTY**[1]

The defendant, ANGEL LUIS AYALA, by written consent, has appeared before me with counsel and has entered a plea of guilty to Counts One and Fourteen of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in FED. R. CRIM. P. 11, I have determined that the guilty plea was knowing and voluntary, and that the offenses charged in Counts One and Fourteen are supported by an independent basis in fact establishing each of the essential elements of such offenses. I, therefore, **RECOMMEND** that the plea of guilty be

---

[1] Failure to file written objections to this Report and Recommendation within **five (5)** business days after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

accepted and that the defendant be adjudged guilty of Counts One and Fourteen and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this the 14th day of September, 2011.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)