IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:09-CR-184-JEC-11 |
| RAPHAEL PEDROZA PEREZ, | |
| Defendant. | |

# **REPORT & RECOMMENDATION CONCERNING PLEA OF GUILTY[1]**

The defendant, RAPHAEL PEDROZA PEREZ, by written consent, has appeared before me with counsel and has entered a plea of guilty to Count One of the indictment. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in FED. R. CRIM. P. 11, I have determined that the guilty plea was knowing and voluntary, and that the offense charged in Count One is supported by an independent basis in fact establishing each of the essential elements of such

---

[1] Failure to file written objections to this Report and Recommendation within **five (5)** business days after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

offense. I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the defendant be adjudged guilty of Count One and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this the 14th day of September, 2011.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)