IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RAPHAEL PEDROZA PEREZ,

    Defendant.

CRIMINAL CASE NO.

1:09-CR-184-11-JEC

## ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [758] recommending accepting defendant's plea of guilty tendered on September 14, 2011. No objections to the Report and Recommendation [758] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [758] and **ACCEPTS** the defendant's plea of guilty as to Counts One of the Indictment. Sentencing will be set upon disposition of remaining defendants.

SO ORDERED this 23rd day of SEPTEMBER, 2011.

                                                /s/ Julie E. Carnes
                                                JULIE E. CARNES
                                                CHIEF U.S. DISTRICT JUDGE